TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00468-CV






David F. Henges, M.D., Appellant



v.



Texas Workers' Compensation Commission, Medical Review Division; and


Service Lloyds Insurance Company, Appellees






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT


NO. 97-12800, HONORABLE DARLENE BYRNE, JUDGE PRESIDING






 The parties filed a joint motion to dismiss this appeal. The portion of the regulatory
provision which this suit sought to challenge has been otherwise eliminated. Therefore, this appeal
is moot. This Court lacks jurisdiction when an appeal is moot. State v. Ruiz Wholesale Co., 901
S.W.2d 772, 775 (Tex. App.--Austin 1995, no writ).

 The joint motion of the parties is granted, and this appeal is dismissed for want of
jurisdiction.


 

 Lee Yeakel, Justice

Before Justices Kidd, B. A. Smith and Yeakel

Dismissed on Joint Motion

Filed: October 10, 2002

Do Not Publish